**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Laurena Gaxiola,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Michelle King, ACTING COMMISIONER OF SOCIAL SECURTY,<br><br>　　　　Defendant. | Case No. 2:24-cv-03966-ODW-PVC<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FOUR THOUSAND SIX HUNDRED NINTY-SIX DOLLARS AND 81/100 ($4,696.81) as authorized by 28 U.S.C. § 2412 and costs in the amount of FOUR HUNDRED AND FIVE DOLLARS AND 00/100 ($405.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

　　IT IS SO ORDERED.

DATE: February 12, 2025

_____
HON. PEDRO CASTILLO
UNITED STATES MAGISTRATE JUDGE